MINNIE L. ACKERMAN, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

(Argued June 18, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 9, 1894, which affirmed an order of Special Term denying a motion by defendant to re-settle case on appeal.

*Frederick P. Delafield* for appellant,

*A. Walker Otis* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

EDITH MASON FAXON, Respondent, *v.* JOHN OSCAR BALL, Impleaded, etc., Appellant.

(Argued June 18, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 17, 1894, which modified, and affirmed as modified, an order of Special Term staying plaintiff's proceedings under a judgment pending an appeal to this court.

*Henry A. Forster* for appellant.

*William B. Hornblower* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.